**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALALA LELEI, | No. C 04-5445 PJH (PR) |
| Petitioner, | **ORDER GRANTING TIME TO FILE A TRAVERSE** |
| v. | |
| A.P. KANE, Warden, | |
| Respondent. | |

Petitioner sent two letters to the court, one received November 20, 2005 and the other January 3, 2006, asking for a copy of the traverse he states he filed, his original having been misplaced. The court, however, finds no copy of a traverse in the case file nor is there a record of the clerk's office having received it. Accordingly, the court GRANTS petitioner thirty days from the date of this order to file a traverse with the court and to send a copy to respondent.

**IT IS SO ORDERED.**

Dated: July 24, 2007

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.04\LELEI445.EXT