UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FALALA LELEI,

          Petitioner,

    v.

A.P. KANE, Warden,

          Respondent.
                                        /

No. C 04-5445 PJH (PR)

**ORDER EXTENDING TIME TO FILE TRAVERSE**

      This is a habeas case filed pro se by a state prisoner.  In an order entered on July 24, 2007, the court noted that petitioner had written to the clerk asking for a copy of his traverse, but in fact no traverse had reached the court.  A traverse is, of course, an optional filing, *see* Rules Governing Section 2254 Cases in the United States District Courts, Rule 5 advisory committee note, but because it appeared from petitioner's letters that he did want to file one, the court set a deadline of thirty days from the date of that order.  Unfortunately, petitioner's address appears to have changed from the Correctional Training Facility (CTF) at Soledad to Salinas Valley State Prison (SVSP), which also is in Soledad.  He did not file a notice of change of address, but the return address on the last few filings from him is for SVSP.  His address was not changed on the docket, and so the court's order granting time to file a traverse was sent to the CTF address.

      The clerk shall send a copy of the July 24 order and this order to petitioner at SVSP.  The time to file the optional traverse is **EXTENDED** to a date thirty days from the date this order is entered.  In view of the age of this case, extensions of time to file the traverse will not be granted except under the most compelling circumstances.

    **IT IS SO ORDERED.**

Dated: July 31, 2007.

                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge

G:\PRO-SE\PJH\HC.04\LELEI445.EXT2.wpd