IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,

    Plaintiffs,

  v.

SHANNON EDMONDS, LORI TYLER,

    Defendants.
                                    /

No. C 07-05445 WHA

**ORDER RESCHEDULING HEARING**

      The hearing on defendant Shannon Edmonds' motion to dismiss is hereby rescheduled to **SEPTEMBER 25, 2008, AT 8AM**. The briefing schedule for the motion will be based on the new hearing date.

      **IT IS SO ORDERED.**

Dated: August 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE